FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 08 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

## CLASS MEMBER PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241[1]

### Instructions

1. **Who Should Use This Form.** You should only use this form if:
   - you are a member of a class certified in *Jacobo-Ramirez v. Mullin*, No. 2:25-cv-02136 (D. Nev.), and
   - .you are alleging that you are illegally detained in immigration custody.

2. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

3. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any additional legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a), or if you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

5. **Submitting the Petition.**
   - Petitions placed in the box labeled "Jacobo-Ramirez Class Action" will be reviewed by class counsel to determine if you are a member of the class. Placing this petition in the "Jacobo-Ramirez Class Action" box does not guarantee that you are a class member and does not guarantee individual attorney representation. If you are a member of the class, class counsel will contact you to discuss the next steps of filing your petition. If you are not a member of the class, class counsel will send you a letter explaining that you are not a class member.
   - To file your petition with the Court directly, please mail this petition directly to the U.S. District Court for the District of Nevada, Clerk of Court, 333 Las Vegas Blvd, South, Las Vegas, NV 89101, or to U.S. District Court, Clerk of Court, 400 S. Virginia Street, Reno NV 89501. Mailing your petition to the U.S. District Court does not guarantee that you are a class member and does not guarantee individual representation.

2:26-cv-02833-ART-NJK

[1] This template form was modeled after the U.S. District Court of Nevada's template Form No. AO 242 titled "Petition for Writ of Habeas Corpus Under 28 U.S.C. 2241." United States Courts, *Civil Forms*, https://www.uscourts.gov/forms-rules/forms/civil-forms (last visited Mar. 18, 2026).

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Jorge Luis figueroa-monge
*[Name of Petitioner],*
*Petitioner*

v.

TODD BLANCHE, Acting Attorney General of the United States; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MICHAEL BERNAKE, Field Director, Salt Lake City Field Office, ICE ERO; KERRI ANN QUIHUIS, Las Vegas ICE Field Office Director; and

*Check one:*

- ☒ JOHN MATTOS, Warden, Nevada Southern Detention Center (NSDC); or
- ☐ REGGIE RADER, City of Henderson Police Chief; or
- ☐ DARIN BALAAM, Washoe County Sheriff,

*Respondents*

2:26-cv-02833-ART-NJK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Jorge Luis figueroa-monge
   (b) Other names you have used:
2. Place of confinement
   (a) Name of institution: Nevada Southern Detention center
   (b) Address: 2190 E. mesquite Ave.
   pahrump, NV 89060
3. Are you currently:
   ☒ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

4. I, Jorge Luis figueroa-monge [hereinafter "Petitioner"] bring this petition for a writ of habeas
*Name*
corpus to seek enforcement of my rights as a member of the class certified in *Jacobo-Ramirez v. Mullin*, Case No. 2:25-cv-02136 (Nev.).

## Ground for Your Challenge in This Petition

5. On February 5, 2026, the district court in *Jacobo-Ramirez* certified a class defined as:

> All noncitizens in the U.S. without lawful stat s (1) who ar or will be arrested or d tained by ICE; (2) who are or will be in removal proceedings before an Immigration Court within the District of evada; (3) whom DHS alleges or will allege to have entered the United States without inspection or parole; (4) who are not or will not be subject to detention under 8 U.S.C. §§ 1226(c), 1225(b)(1), or 1231 at the time they are scheduled for or requ st a bond hearing; and (5) whose most recent arrest by ICE occurred inside the United State and not while arriving in the United States.

6. On March 30, 2026, the district court granted partial summary judgment on behalf of individual plaintiffs and the class and entered final judgment declaring that the class members are detained under 8 U.S.C § 1226(a), and thus may not be denied consideration for relea e on bond under § 1225(b)(2)(A).

7. Petitioner is a member of the class a (check all that apply):

- ☒ Petitioner is in removal proceedings before an Immigration Court within the District of Nevada.
- ☒ Petitioner was in removal proceedings before an Immigration Court within the District of evada on or after October 30, 2025.
- ☒ DHS has charged Petitioner with entering the United States without inspection.
- ☒ Petitioner was apprehended by immigration authorities on 03/24/2026 (Date) at Las Vegas, NV (City, State)
- ☒ DHS has not placed Petitioner in expedited removal proceedings.
- ☒ Petitioner is not being held in mandatory detention due to certain criminal charges or convictions.
- ☒ An Immigration Judge has not issued a final removal order in Petitioner's immigration case.
- ☒ An Immigration Judge has not reinstated a prior removal order in Petitioner's immigration case.

8. Petitioner is unlawfully detained because the Department of Homeland Security (DHS) and the Executive Office for Immigration Review (EOIR) have refused to abide by the declaratory judgment and vacatur of Respondents' policies issued on behalf of the certified class in *Jacobo-Ramirez*.

9. The Immigration Court has not conducted a bond hearing to determine whether Petitioner's continued detention is justified.

10. By denying Petitioner a bond hearing under § 1226(a) and asserting that Petitioner is subject to mandatory detention under § 1225(b)(2), Respondents violate Petitioner's statutory rights under the Immigration and Natio ality Act and the Court's judgment in *Jacobo-Ramirez*.

## Request for Relief

11. The Court should:

a. Assume jurisdiction over this matter;

b. Enjoin Respondents from transferring Petitioner outside the jurisdiction of the District of Nevada pending resolution of this case;

c. Issue a writ of habeas corpus requiring that within one day, Respondents release Petitioner;

d. Alternatively, issue a writ of habeas corpus requiring Respondents to release Petitioner unless they provide a bon hearing under 8 U.S.C. § 1226(a) within seven days; and

e. Grant any other and fur her relief that his Court deems just and proper.

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the designated *Jacobo-Ramirez* Class Action box or in the prison mail system:

09/02/26

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 09/02/26

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Jorge Luis Figueroa-Monge
( ame of alien or alien )

200-963-847
(Alien number)

# CERTIFICATE OF SERVICE

On 09/02/26 I, Jorge Luis Figueroa-Monge
(Date) (Printed name of per on igning below)

Served a copy of thi : Habeas Corpus
(Name of document)

And any attached page to: Clerk, U.S District Court District Of evada
LLOYD D. GEORGE U.S COURTHOUSE
ame of party served)

At the following addr s :333 Las Vegas Blvd. So. -Rm 1334 Las Vegas, v,, 89101
(Addre s of party served)

By: First Class Mail
(Method of service, for example overnight courier, hand-d livery, fir t clas mail)

(Signature)

09/02/2026
~~08/01/2026~~
(Date)

## *JACOBO-RAMIREZ* CLA IEMBER HIP I QUIRY FORM

### In tructions

1. On March 30, 2026, the U.S. Di trict Court for the District of evada entered an order in *Jacobo-Ramirez v. Mullin*, No. 2:25-cv-02136 (D. Nev.) declaring that class members in immigration detention fall within 8 U.S.C. § 1226(a) and may not be denied consideration for release on bond under § 1225(b)(2)(A) by an Immigration Judge.

2. The district court certified a class defined as:

   All noncitizens in the U.S. without lawful status (1) who are or will b arre ted or detained by ICE; (2) who are or will be in removal proceedings before an Immigration Court within the District of Nevada; (3) whom DHS alleges or will allege to have entered the United States without inspection or parole; (4) who are not or will not be subject to detention und r 8 U.S.C. §§ 1226(c), 1225(b)(1), or 1231 at the time they are scheduled for or request a bond hearing; and (5) whose most recent arrest by ICE occurred inside the United States and not while arriving in the United States.

3. You qualify as a member of the *Jacobo-Ramirez* class if *all* of the following apply:

   - you are a noncitizen in the U.S. without lawful status;
   - you have been arrested or detained by ICE;
   - you are in removal proceedings before an Immigration Court within the District of evada or were in removal proceedings before an Immigration Court within the District of r evada on or after October 30, 2025;
   - yo entered the United State without inspection or parole (entering without inspection or parole means you entered the United States at a place other than a designated port of entry and you do not have a visa or other official immigration documentation);
   - you are not or will not be subject to detention under 8 U.S.C. §§ 1226(c), 1225(b)(1), or 1231 at the time you are scheduled for or request a bond hearing; and
   - your most recent arrest by ICE occurred while already inside the United States and not while arriving in the United States.

4. **Who Should se This Form.** You should use this form if:

   - you believe you qualify as a member of the class certified in *Jacobo-Ramirez* and would like class counsel to determine if you qualify as a class member;

   OR

   - yo are a member of the class certified in *Jacobo-Ramirez*, and 7 days have passed since you requested a bond hearing in Immigration Court and a bond hearing has not been scheduled.

5. **An wer all the questions.** If you do not have access to your documents or do not know the answer, do not guess. You can state that you do not know.

6. **Filling out this form does not guarantee you are a member of the class or guarantee individual representation.** This form is used by class counsel to determine if someone is a class member in *Jacobo-Ramirez*.

7. **Submitting the Form.** Forms placed in the box labeled "Jacobo-Ramirez Class Action" will be reviewed by class counsel to det rmine if you are a member of the class. Placing this form in the "Jacobo-Ramirez Class Action" box does not guarantee that you are a class member and does no guarantee individual attorney representation. If you ar a m ber of the clas., class counsel will contact you to discuss the next steps of filing your petition. If you are not a member of the class, class counsel will send you a letter explaining that you are not a class member.

## *JACOBO-RAMIREZ* CLASS MEMBERSHIP INQUIRY FORM

1. **Personal Information:**

(a) Your full name: Jorge Luis figueroa-monge

(b) Your Alien Number (A-Number): 200-963-847

(c) Other names you have used: ______

(d) Date you last entered the United States: 01/2008

(e) Place of confinement (facility name): Nevada Southern Detention center

(f) Are you currently:

☒ Being held on an immigration charge

☐ Other (*explain*): ______

(g) Are you represented by an immigration attorney? ☒ Yes ☐ No

If yes, list their name and contact information:

______

(h) Have you been transferred between facilities since your arrest? ☐ Yes ☒ No

If yes, list all the facilities and the states in which they are located:

______

(i) Criminal convictions, if any: Dui

2. **Class Membership Eligibility (check all that apply):**

☒ I am currently in removal proceedings before an Immigration Court within the District of Nevada.

☒ I was in removal proceedings before an Immigration Court within the District of Nevada on or after October 30, 2025.

☒ DHS has charged me with entering the United States without inspection or parole.

☒ I was apprehended by immigration authorities on 08/24/26 (*Date*) at Las vegas, NV (*City, State*).

☒ I am not in expedited removal proceedings.

☒ I am not being held in mandatory detention due to certain criminal charges or convictions.

☒ I am not subject to a final order of removal (a removal order generally becomes final when there are no pending appeals challenging the removal order).

3. **Immigration Court Bond Hearing History:**

(a) Check which applies:

☒ I have not requested a bond hearing in Immigration Court.

☐ I have requested a bond hearing in Immigration Court, one was held, and an Immigration Judge determined that I cannot be released because the judge found that I was a danger to the community or a flight risk.

☐ I have requested a bond hearing in Immigration Court, one was scheduled, and an Immigration Judge determined that they did not have jurisdiction to conduct the hearing.

☐ I have requested a bond hearing in Immigration Court, and one has not been scheduled.

(b) If you requested a bond hearing, date it was requested: ______________________

(c) If you requested a bond hearing and the Immigration Court denied bond, date of denial: ______________________

4. **Federal Habeas Petition History:**

Have you filed a habeas petition in the U.S. District Court for the District in Nevada under 28 U.S.C. § 2241 seeking relief from your immigration detention?

☐ Yes

If yes, provide case number: ______________________

☒ No

☐ Unsure

Jorge figueroa - monge
A NO. 200-963-847
Nevada Southern Detention Center
2190 E. mesquite Ave.
Pahrump, NV 89060

This correspondence originated from a detention facility. The facility is not responsible for the contents herein.

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 89060 $ 002.27⁰
02 7W
0008031480 SEP 04 2026

RAYED US MARSHALS SERVICE

TO

Clerk U.S. District Court District of Nevada
LLOYD D. George U.S CourtHouse
333 Las vegas Blvd So -Rm 1334
Las vegas, NV 89101

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 08 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

2 - 83 -ART-NJK c ent 1 6 P e 1 of 10